850-15

# ELECTRONIC RECORD

COA # 02-14-00183-CR          OFFENSE: 19.03

STYLE: Johnny Calvin Scott v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: 396th District Court

DATE: 06/04/15          Publish: NO          TC CASE #: 1359184R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Johnny Calvin Scott v. The State of Texas          CCA #: 850-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/18/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD